Check No. 1106395

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-01927-JJT | 999-0 | THOMAS GEORGE SIPOS | | 0.00 | 260.48 | 0.00 | 260.48 |
| | | Original Check written to: | | | | | |
| 13-03560-RNO | 999-0 | ROY J. OSBORNE | | 0.00 | 95.10 | 0.00 | 95.10 |
| | | Original Check written to: | | | | | |

No. 1106395

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

June 05, 2014

PAY** Three Hundred Fifty Five Dollars and 58 Cents********************************

AMOUNT***$355.58*************

TO THE ORDER OF

VOID AFTER September 03, 2014
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

Case 5:12-bk-01927-JJT   Doc 38   Filed 06/05/14   Entered 06/05/14 11:19:26   Desc
Main Document      Page 1 of 1